**Jose Munoz COSTILLO et al., Appellants,**

**v.**

**STATE of Texas, Appellee.**

No. 33341.

Court of Criminal Appeals of Texas.

May 17, 1961.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

This is a bond forfeiture proceedings.

No briefs have been filed. The appeal is dismissed for want of prosecution. Rule 415 of the Texas Rules of Civil Procedure; Articles 864 and 866, V.A.C.C.P.; Gaither et al. v. State, 156 Tex.Cr.R. 503, 244 S.W. 2d 209, and Taylor v. State, 114 Tex.Cr.R. 616, 26 S.W.2d 261.

It is so ordered.